UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MEB Loan Trust IV

In Re:

Lisa Frye

Case No.:    17-27879 KCF

Chapter:    13

Hearing Date:    2/11/2020

Judge:    Kathyrn C. Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Stay filed on January 17, 2020; docket#31

_____

Date: 2/21/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*