UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: FRYE, Lisa

Case No.: 17-27879(KCF)
Chapter: 7
Judge: Ferguson

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk |
| | 402 East State St. |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 9, 2021__ at 2:30 pm a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's 50% interest in the real property located at 1115 Gully Road, Wall, New Jersey valued at $575,000

Liens on property:
First Mortgage: $336,809.08
Second Mortgage: $112,384.25
Third Mortgage: $60,104.49
Federal Tax Lien: $51,367.74
Federal Tax Lien: $83,408.09

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin
Address: 427 Riverview Plaza, Trenton, NJ 08611
Telephone No.: 609-695-6070

*rev.8/1/15*