UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     FRYE, Lisa

Case No.:    17-27879(KCF)
Chapter:    7
Judge:    Ferguson

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __March 9, 2021__ at __2:30 pm__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's 50% interest in the real property located at 1115 Gully Road, Wall, New Jersey valued at $575,000

Liens on property:
First Mortgage: $336,809.08
Second Mortgage: $112,384.25
Third Mortgage: $60,104.49
Federal Tax Lien: $51,367.74
Federal Tax Lien: $83,408.09

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin
Address:    427 Riverview Plaza, Trenton, NJ  08611
Telephone No.:    609-695-6070

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 17-27879-KCF

Lisa Frye                                                                                                  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                    Page 1 of 3

Date Rcvd: Feb 11, 2021                         Form ID: pdf905                         Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Frye, 300 1st Ave, Spring Lake, NJ 07762-1007 |
| aty | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty East Monmouth, 750 Broad Street, Shrewsbury, NJ 07702-4230 |
| 517045800 | | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045801 | | Bank of America, N.A, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045804 | | Coastal Healthcare, 1659 Route 88, Brick, NJ 08724-3011 |
| 517045805 | + | Collection Bureau of Hudson County, For Optimum #171210977, PO Box 831, Newburgh, NY 12551-0831 |
| 517045808 | | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 517045809 | | Jersey Shore Anesthesiology Assoc, 193 W Sylvania Ave, Neptune, NJ 07753-6239 |
| 517045810 | | Jersey Shore OP - Meridian Health Sys, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517045811 | + | John A. Youderian, Jr., Esq., Atty for Coastal Healthcare, PO Box 1735, Hockessin, DE 19707-5735 |
| 517045813 | | Marvel & Maloney, Attys for Riverview Med Ctr #MH061823, PO Box 727, Neptune, NJ 07754-0727 |
| 517045814 | | Meridian Laboratory Physicians, PA, 1945 State Route 33, Neptune, NJ 07753-4859 |
| 517045815 | + | Meyner and Landis, LLP, Attys for TD Bank #5395.0330, One Gateway Center, Ste 2500, Newark, NJ 07102-5323 |
| 517045816 | | Michael Harrison, Esq., Atty for Meridian Lab Physicians, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 517045817 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, Customer Service, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 517045818 | | NJ EZ Pass, Customer Service, PO Box 52002, Newark, NJ 07101-8202 |
| 517045822 | | Schachtner Portnoy, Attys for Jer Shore Anesth #20160237, 3490 US Highway 1 Ste 6, Princeton, NJ 08540-5920 |
| 517210989 | + | TD Bank, N.A., William J. Fiore, Esq., One Gateway Center, Suite 2550, Newark, NJ 07102-5310 |
| 517045827 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Asset Protection Dept, PO Box 2958, Torrance, CA 90509-2958 |
| 517045826 | + | Toyota Financial Service, Initial Case Notification, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517045825 | | Toyota Financial Service, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517108310 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2021 22:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2021 22:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517045802 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:27:54 | Care Credit, Synchrony Bank - Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517045803 | + | Email/Text: bankruptcy@certifiedcollection.com | Feb 11 2021 22:09:00 | Certified Credit & Collection Bureau, For Jersey Shore OP #11862524, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517045806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2021 22:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517045812 | | Email/Text: support@ljross.com | | |

Case 17-27879-KCF    Doc 36    Filed 02/13/21    Entered 02/14/21 00:22:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 11 2021 22:09:00 | LJ Ross Associates, LLC, For JCP&L #16510100, PO Box 6099, Jackson, MI 49204-6099 |
| 517045819 | | Email/Text: bcwrtoff@cablevision.com | Feb 11 2021 22:11:00 | Optimum, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517045820 | | Email/Text: bkrpt@retrievalmasters.com | Feb 11 2021 22:09:00 | Retrieval Masters Creditors Bureau, for NJ EZ Pass, PO Box 1235, Elmsford, NY 10523-0935 |
| 517045821 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Feb 11 2021 22:10:00 | Riverview Medical Center, 1 Riverview Plz, Red Bank, NJ 07701-1872 |
| 517342876 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:27:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517049085 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:34:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517045823 | | Email/Text: bankruptcy@td.com | Feb 11 2021 22:10:00 | TD Bank, N.A., Loan Operations, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 517045824 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:27:53 | TJX Rewards - Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517045828 | | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 22:34:29 | Walmart - Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517045807 | * | Internal Revenue Service, Special Procedures, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf905 | Total Noticed: 37 |

on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrew J. Kelly

on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com

Denise E. Carlon

on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joseph R Zapata, Jr

on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com

Linda T. Snyder

on behalf of Creditor TD Bank  N.A. lsnyder@meyner.com

Peter Broege

on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Peter Broege

on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Ross J. Switkes

on behalf of Trustee Andrea Dobin rjswitkes@norris-law.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11