UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-27879 |
| LISA FRYE | Chapter: 7 |
| | Judge: Ferguson |
| Debtor. | |

## NOTICE OF PROPOSED PRIVATE SALE

__Andrea Dobin__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne Naughton, Clerk
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 20, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 E. State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Debtor's 1/9th ownership interest in the real property located at 300 First Ave., Spring Lake, NJ.

Proposed Purchaser:
Vincent M. and Maureen Napoliello (50% - 1/18); John Lewis, Trustee of the Marie A. Louis Trust (50% - 1/18)

Sale price: $150,000, in the aggregate

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Chapter 7 Trustee

Address: McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-323-8667

*rev.8/1/15*