UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>LISA FRYE<br><br>Debtor. | Case No.: 17-27879<br>Chapter: 7<br>Judge: Ferguson |

### NOTICE OF PROPOSED PRIVATE SALE

___Andrea Dobin___, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Jeanne Naughton, Clerk
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___July 20, 2021___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___2___, ___402 E. State Street, Trenton, NJ 08608___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  Debtor's 1/9th ownership interest in the real property located at 300 First Ave., Spring Lake, NJ.

Proposed Purchaser:
Vincent M. and Maureen Napoliello (50% - 1/18); John Lewis, Trustee of the Marie A. Louis Trust (50% - 1/18)

Sale price:  $150,000, in the aggregate

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Chapter 7 Trustee

Address: McManimon Scotland & Baumann LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 973-323-8667

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Frye  
    Debtor

Case No. 17-27879-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 23, 2021     Form ID: pdf905     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Frye, 300 1st Ave, Spring Lake, NJ 07762-1007 |
| aty | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty East Monmouth, 750 Broad Street, Shrewsbury, NJ 07702-4230 |
| 517045800 | | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045801 | | Bank of America, N.A, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045804 | | Coastal Healthcare, 1659 Route 88, Brick, NJ 08724-3011 |
| 517045805 | + | Collection Bureau of Hudson County, For Optimum #171210977, PO Box 831, Newburgh, NY 12551-0831 |
| 517045808 | | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 517045809 | | Jersey Shore Anesthesiology Assoc, 193 W Sylvania Ave, Neptune, NJ 07753-6239 |
| 517045810 | | Jersey Shore OP - Meridian Health Sys, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517045811 | + | John A. Youderian, Jr., Esq., Atty for Coastal Healthcare, PO Box 1735, Hockessin, DE 19707-5735 |
| 517045813 | | Marvel & Maloney, Attys for Riverview Med Ctr #MH061823, PO Box 727, Neptune, NJ 07754-0727 |
| 517045814 | | Meridian Laboratory Physicians, PA, 1945 State Route 33, Neptune, NJ 07753-4859 |
| 517045815 | + | Meyner and Landis, LLP, Attys for TD Bank #5395.0330, One Gateway Center, Ste 2500, Newark, NJ 07102-5323 |
| 517045816 | | Michael Harrison, Esq., Atty for Meridian Lab Physicians, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 517045817 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, Customer Service, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 517045818 | | NJ EZ Pass, Customer Service, PO Box 52002, Newark, NJ 07101-8202 |
| 517045822 | | Schachtner Portnoy, Attys for Jer Shore Anesth #20160237, 3490 US Highway 1 Ste 6, Princeton, NJ 08540-5920 |
| 517210989 | + | TD Bank, N.A., William J. Fiore, Esq., One Gateway Center, Suite 2550, Newark, NJ 07102-5310 |
| 517045827 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Asset Protection Dept, PO Box 2958, Torrance, CA 90509-2958 |
| 517045826 | + | Toyota Financial Service, Initial Case Notification, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517045825 | | Toyota Financial Service, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517108310 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 23 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 23 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517045802 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:34:48 | Care Credit, Synchrony Bank - Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517045803 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 23 2021 20:37:00 | Certified Credit & Collection Bureau, For Jersey Shore OP #11862524, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517045806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2021 20:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517045812 | | Email/Text: support@ljross.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: pdf905 | Total Noticed: 37 |

|  |  |  | Jun 23 2021 20:37:00 | LJ Ross Associates, LLC, For JCP&L #16510100, PO Box 6099, Jackson, MI 49204-6099 |
|---|---|---|---|---|
| 517045819 |  | Email/Text: bcwrtoff@cablevision.com | Jun 23 2021 20:38:00 | Optimum, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517045820 |  | Email/Text: bkrpt@retrievalmasters.com | Jun 23 2021 20:37:00 | Retrieval Masters Creditors Bureau, for NJ EZ Pass, PO Box 1235, Elmsford, NY 10523-0935 |
| 517045821 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Jun 23 2021 20:38:00 | Riverview Medical Center, 1 Riverview Plz, Red Bank, NJ 07701-1872 |
| 517342876 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517049085 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517045823 |  | Email/Text: bankruptcy@td.com | Jun 23 2021 20:37:00 | TD Bank, N.A., Loan Operations, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 517045824 |  | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:28 | TJX Rewards - Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517045828 |  | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2021 20:35:28 | Walmart - Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517045807 | * | Internal Revenue Service, Special Procedures, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 23, 2021 | Form ID: pdf905 | Total Noticed: 37 |

Andrew J. Kelly
    on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com
    wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joseph R Zapata, Jr
    on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com

Linda T. Snyder
    on behalf of Creditor TD Bank  N.A. lsnyder@meyner.com

Peter Broege
    on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Peter Broege
    on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Ross J. Switkes
    on behalf of Trustee Andrea Dobin rjswitkes@norris-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11