| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREA DOBIN, CHAPTER 7 TRUSTEE<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070 | Order Filed on July 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Lisa Frye,<br><br>    Debtor. | Case No.:    17-27879(KCF)<br>Judge:    Kathryn C. Ferguson<br>Chapter:    7 |

## ORDER AUTHORIZING RETENTION OF SHARER PETREE BROTZ & SNYDER, ACCOUNTANTS FOR ANDREA DOBIN, CHAPTER 7 TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: July 6, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Sharer Petree Brotz & Snyder___

as ___accountants___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: ___1103 Laurel Oak Road___

    ___Suite 105B___

    ___Voorhees, NJ  08043___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4824-2337-5406, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-27879-KCF
Lisa Frye  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jul 06, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lisa Frye, 300 1st Ave, Spring Lake, NJ 07762-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com |
| Linda T. Snyder | on behalf of Creditor TD Bank N.A. lsnyder@meyner.com |
| Peter Broege | on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Peter Broege
        on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com

Ross J. Switkes
        on behalf of Trustee Andrea Dobin rjswitkes@norris-law.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11