| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 323-8667<br>Andrea Dobin<br>adobin@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on November 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**LISA FRYE,**<br><br>                    Debtor. | Case No. 17-27879 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J. |

### ORDER MODIFYING CLAIM NO. 2 FILED BY T.D. BANK, N.A.

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: November 2, 2021**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Lisa Frye |
| Case No. | 17-27879 (KCF) |
| Caption of Order: | Order Modifying Claim No. 2 filed by T.D. Bank, N.A. |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") for Lisa Frye, Chapter 7 debtor ("**Debtor**"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Modifying Claim of T.D. Bank, N.A. (the "**Motion**"); due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto (if any) and having heard and considered oral argument (if any); and finding that good and sufficient cause exist for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. Claim No. 2 filed by T.D. Bank, N.A. is **MODIFIED** and **ALLOWED** as a secured claim in the amount of $60,104.49.

4836-7181-8494, v. 1