| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br>**MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(973) 323-8667<br>Andrea Dobin<br>adobin@msbnj.com<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on November 2, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**LISA FRYE,**<br><br>       Debtor. | Case No. 17-27879 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson, U.S.B.J. |

### ORDER MODIFYING CLAIM NO. 2 FILED BY T.D. BANK, N.A.

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: November 2, 2021**

                 Honorable Kathryn C. Ferguson
                 United States Bankruptcy Judge

Debtor:        Lisa Frye
Case No.       17-27879 (KCF)
Caption of Order:    Order Modifying Claim No. 2 filed by T.D. Bank, N.A.

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") for Lisa Frye, Chapter 7 debtor ("**Debtor**"), by and through her counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a Motion for an Order Modifying Claim of T.D. Bank, N.A. (the "**Motion**"); due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto (if any) and having heard and considered oral argument (if any); and finding that good and sufficient cause exist for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.    The Motion is **GRANTED**.

2.    Claim No. 2 filed by T.D. Bank, N.A. is **MODIFIED** and **ALLOWED** as a secured claim in the amount of $60,104.49.

4836-7181-8494, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa Frye  
    Debtor

Case No. 17-27879-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 02, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lisa Frye, 300 1st Ave, Spring Lake, NJ 07762-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com |
| Linda T. Snyder | on behalf of Creditor TD Bank N.A. lsnyder@meyner.com |
| Peter Broege | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 02, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Peter Broege

on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Ross J. Switkes

on behalf of Trustee Andrea Dobin rswitkes@shermansilverstein.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11