Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−27879−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Frye
   300 1st Ave
   Spring Lake, NJ 07762−1007

Social Security No.:
   xxx−xx−0057

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 14, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 61 − 58
Order Granting Application For Compensation for Sharer Petree Brotz & Snyder, fees awarded: $2498.00, expenses awarded: $14.65 (Related Doc # 58). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/14/2022. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 14, 2022
JAN: dmi

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa Frye  
    Debtor

Case No. 17-27879-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 14, 2022      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

**Name**      **Email Address**

Andrea Dobin  
    on behalf of Trustee Andrea Dobin adobin@msbnj.com

Andrea Dobin  
    on behalf of Plaintiff Andrea Dobin adobin@msbnj.com

Andrea Dobin  
    ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrew J. Kelly  
    on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com  
    wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

Barry R. Sharer  
    on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Denise E. Carlon

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 14, 2022 | Form ID: orderntc | Total Noticed: 1 |

        on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joseph R Zapata, Jr
        on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com

Linda T. Snyder
        on behalf of Creditor TD Bank  N.A. lsnyder@meyner.com

Peter Broege
        on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com

Peter Broege
        on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com

Ross J. Switkes
        on behalf of Trustee Andrea Dobin rswitkes@shermansilverstein.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12