# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | * | |
| FRYE, Lisa, | * | CASE NO. 17-27879(KCF) |
| Debtor | * | CHAPTER 7 |
| | * | |

**********************************************************************

# TRUSTEE'S REPORT OF SALE

DATE OF SALE:    November 5, 2021

TYPE OF SALE:    Private Sale

PROPERTY SOLD:   1/9 Interest in 300 1st Ave., Spring Lake, NJ

PURCHASERS:      Vincent M. and Maureen Napoliello and John Louis, Trustee of the Marie A. Louis Trust.

PRICE:           $150,000

LIENS PAID FROM SALE:    $80,419.09 to IRS (paid post-closing)

NET RECEIVED BY ESTATE:  $150,000, less the federal tax lien, i.e. $69,580.91

DATE:    January 19, 2022            /s/Andrea Dobin, Trustee
                                     ANDREA DOBIN, TRUSTEE
                                     McManimon Scotland & Baumann
                                     427 Riverview Plaza
                                     Trenton, NJ  08611
                                     (973) 323-8667