Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27879−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Lisa Frye
　300 1st Ave
　Spring Lake, NJ 07762−1007

Social Security No.:
　xxx−xx−0057

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:　　4/21/22
Time:　　02:30 PM
Location:　Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

　　The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann, LLC, Trustee's Attorney

COMMISSION OR FEES
fee: $42,757.00

EXPENSES
expenses: $831.95

If this is a chapter 13 case, the fees and expenses awarded:

　　☐　　will not reduce the amount to be paid to general unsecured
　　　　　creditors under the plan.

　　☐　　will reduce the amount to be paid to general unsecured
　　　　　creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

　　An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 18, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

Case 17-27879-KCF    Doc 67    Filed 03/20/22    Entered 03/21/22 00:16:23    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa Frye  
    Debtor

Case No. 17-27879-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 18, 2022      Form ID: 137      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Lisa Frye, 300 1st Ave, Spring Lake, NJ 07762-1007 |
| aty | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty East Monmouth, 750 Broad Street, Shrewsbury, NJ 07702-4230 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 517045800 | | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045801 | | Bank of America, N.A, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045804 | | Coastal Healthcare, 1659 Route 88, Brick, NJ 08724-3011 |
| 517045805 | + | Collection Bureau of Hudson County, For Optimum #171210977, PO Box 831, Newburgh, NY 12551-0831 |
| 517045808 | | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 517045809 | | Jersey Shore Anesthesiology Assoc, 193 W Sylvania Ave, Neptune, NJ 07753-6239 |
| 517045810 | | Jersey Shore OP - Meridian Health Sys, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517045811 | + | John A. Youderian, Jr., Esq., Atty for Coastal Healthcare, PO Box 1735, Hockessin, DE 19707-5735 |
| 517045813 | | Marvel & Maloney, Attys for Riverview Med Ctr #MH061823, PO Box 727, Neptune, NJ 07754-0727 |
| 517045814 | | Meridian Laboratory Physicians, PA, 1945 State Route 33, Neptune, NJ 07753-4859 |
| 517045815 | + | Meyner and Landis, LLP, Attys for TD Bank #5395.0330, One Gateway Center, Ste 2500, Newark, NJ 07102-5323 |
| 517045816 | | Michael Harrison, Esq., Atty for Meridian Lab Physicians, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 517045817 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, Customer Service, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 517045818 | | NJ EZ Pass, Customer Service, PO Box 52002, Newark, NJ 07101-8202 |
| 517210989 | + | TD Bank, N.A., William J. Fiore, Esq., One Gateway Center, Suite 2550, Newark, NJ 07102-5310 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2022 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2022 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517045802 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:14 | Care Credit, Synchrony Bank - Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517045803 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 18 2022 20:22:00 | Certified Credit & Collection Bureau, For Jersey Shore OP #11862524, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517045806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2022 20:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517045812 | | Email/Text: support@ljross.com | Mar 18 2022 20:22:00 | LJ Ross Associates, LLC, For JCP&L #16510100, PO Box 6099, Jackson, MI 49204-6099 |
| 517045817 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 17-27879-KCF    Doc 67    Filed 03/20/22    Entered 03/21/22 00:16:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2022 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2022 20:22:00 | Nationstar Mortgage, Customer Service, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 517045819 | | Email/Text: bcwrtoff@cablevision.com | Mar 18 2022 20:22:00 | Optimum, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517045820 | | Email/Text: bkrpt@retrievalmasters.com | Mar 18 2022 20:22:00 | Retrieval Masters Creditors Bureau, for NJ EZ Pass, PO Box 1235, Elmsford, NY 10523-0935 |
| 517045821 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Mar 18 2022 20:22:00 | Riverview Medical Center, 1 Riverview Plz, Red Bank, NJ 07701-1872 |
| 517045822 | | Email/Text: bk-notification@sps-law.com | Mar 18 2022 20:22:00 | Schachtner Portnoy, Attys for Jer Shore Anesth #20160237, 3490 US Highway 1 Ste 6, Princeton, NJ 08540-5920 |
| 517342876 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517049085 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517045823 | | Email/Text: bankruptcy@td.com | Mar 18 2022 20:22:00 | TD Bank, N.A., Loan Operations, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 517045824 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:55 | TJX Rewards - Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517045827 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 18 2022 20:22:00 | Toyota Financial Services, Asset Protection Dept, PO Box 2958, Torrance, CA 90509-2958 |
| 517045826 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 18 2022 20:22:00 | Toyota Financial Service, Initial Case Notification, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517045825 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 18 2022 20:22:00 | Toyota Financial Service, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517108310 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2022 20:25:43 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517045828 | | Email/PDF: gecsedi@recoverycorp.com | Mar 18 2022 20:25:02 | Walmart - Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517045807 | * | Internal Revenue Service, Special Procedures, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2022         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com |
| Linda T. Snyder | on behalf of Creditor TD Bank  N.A. lsnyder@meyner.com |
| Peter Broege | on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |
| Peter Broege | on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |
| Ross J. Switkes | on behalf of Trustee Andrea Dobin rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13