| UNITED STATES BANKRUPTY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| McMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR ANDREA DOBIN, CHAPTER 7 TRUSTEE* |
| IN RE:<br><br>LISA FRYE<br><br>           Debtor. |

Order Filed on April 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  17-27879(KCF)

Hearing Date: April 21, 2022
at 2:30 p.m.

Hon. Kathryn C. Ferguson, U.S.B.J.

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES & EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC COUNSEL TO ANDREA DOBIN, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: April 22, 2022**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

**(Page 2)**
Debtor: Lisa Frye
Case No: 17-27879(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $42,757.00 together with the sum of $831.95 for out-of-pocket disbursements, for a total allowance of $43,588.95 without prejudice to said counsel's right to seek additional allowances.

4857-6691-5348, v. 1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-27879-KCF |
| Lisa Frye | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lisa Frye, 2029 New Bedford Road, Wall, NJ 07719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Linda T. Snyder
    on behalf of Creditor TD Bank N.A. lsnyder@meyner.com

Peter Broege
    on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Peter Broege
    on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com G1580@notify.cincompass.com

Ross J. Switkes
    on behalf of Trustee Andrea Dobin rswitkes@shermansilverstein.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13