Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−27879−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Frye
   2029 New Bedford Road
   Wall, NJ 07719

Social Security No.:
   xxx−xx−0057

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:        July 21, 2022
TIME:        02:30 PM
LOCATION:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $150,000.00
TOTAL DISBURSEMENTS:      $104,217.74
BALANCE ON HAND:          $45,782.26

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Andrea Dobin, Trustee

COMMISSION OR FEES
$4,500.00

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: June 21, 2022
JAN: mjb

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa Frye  
  Debtor

Case No. 17-27879-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3  
Date Rcvd: Jun 21, 2022    Form ID: 192    Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Frye, 2029 New Bedford Road, Wall, NJ 07719 |
| aty | + | McManimon Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| r | + | Keller Williams Realty East Monmouth, 750 Broad Street, Shrewsbury, NJ 07702-4230 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 517045804 | | Coastal Healthcare, 1659 Route 88, Brick, NJ 08724-3011 |
| 517045805 | + | Collection Bureau of Hudson County, For Optimum #171210977, PO Box 831, Newburgh, NY 12551-0831 |
| 517045808 | | JCP&L, PO Box 16001, Reading, PA 19612-6001 |
| 517045809 | | Jersey Shore Anesthesiology Assoc, 193 W Sylvania Ave, Neptune, NJ 07753-6239 |
| 517045810 | | Jersey Shore OP - Meridian Health Sys, n/k/a Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 517045811 | + | John A. Youderian, Jr., Esq., Atty for Coastal Healthcare, PO Box 1735, Hockessin, DE 19707-5735 |
| 517045813 | | Marvel & Maloney, Attys for Riverview Med Ctr #MH061823, PO Box 727, Neptune, NJ 07754-0727 |
| 517045814 | | Meridian Laboratory Physicians, PA, 1945 State Route 33, Neptune, NJ 07753-4859 |
| 517045815 | + | Meyner and Landis, LLP, Attys for TD Bank #5395.0330, One Gateway Center, Ste 2500, Newark, NJ 07102-5323 |
| 517045816 | | Michael Harrison, Esq., Atty for Meridian Lab Physicians, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 517045818 | | NJ EZ Pass, Customer Service, PO Box 52002, Newark, NJ 07101-8202 |
| 517210989 | + | TD Bank, N.A., William J. Fiore, Esq., One Gateway Center, Suite 2550, Newark, NJ 07102-5310 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2022 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2022 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517045800 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America Home Loans, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045801 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2022 21:58:00 | Bank of America, N.A, Customer Service, PO Box 31785, Tampa, FL 33631-3785 |
| 517045802 | | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:41 | Care Credit, Synchrony Bank - Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517045803 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 21 2022 21:59:00 | Certified Credit & Collection Bureau, For Jersey Shore OP #11862524, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517045806 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2022 21:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517045812 | | Email/Text: support@ljross.com | Jun 21 2022 21:59:00 | LJ Ross Associates, LLC, For JCP&L #16510100, PO Box 6099, Jackson, MI 49204-6099 |
| 517045817 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2022 21:58:00 | Nationstar Mortgage, Customer Service, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 517045819 | | Email/Text: bcwrtoff@cablevision.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 21 2022 21:59:00 | Optimum, 6 Corporate Center Dr, Melville, NY 11747-3845 |
| 517045820 | | Email/Text: bkrpt@retrievalmasters.com | Jun 21 2022 21:59:00 | Retrieval Masters Creditors Bureau, for NJ EZ Pass, PO Box 1235, Elmsford, NY 10523-0935 |
| 517045821 | + | Email/Text: RMCbankruptcy@hackensackmeridian.org | Jun 21 2022 21:59:00 | Riverview Medical Center, 1 Riverview Plz, Red Bank, NJ 07701-1872 |
| 517045822 | | Email/Text: bk-notification@sps-law.com | Jun 21 2022 21:58:00 | Schachtner Portnoy, Attys for Jer Shore Anesth #20160237, 3490 US Highway 1 Ste 6, Princeton, NJ 08540-5920 |
| 517342876 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517049085 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517045823 | | Email/Text: bankruptcy@td.com | Jun 21 2022 21:59:00 | TD Bank, N.A., Loan Operations, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 517045824 | | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:41 | TJX Rewards - Synchrony Bank, Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517045827 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 21 2022 21:59:00 | Toyota Financial Services, Asset Protection Dept, PO Box 2958, Torrance, CA 90509-2958 |
| 517045826 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 21 2022 21:59:00 | Toyota Financial Service, Initial Case Notification, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517045825 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 21 2022 21:59:00 | Toyota Financial Service, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 517108310 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2022 22:01:46 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517045828 | | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2022 22:01:25 | Walmart - Synchrony Bank, Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517045807 | * | Internal Revenue Service, Special Procedures, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2022    Signature:    /s/Gustava Winters

Case 17-27879-KCF    Doc 75    Filed 06/23/22    Entered 06/24/22 00:16:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 21, 2022 | Form ID: 192 | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrea Dobin | on behalf of Plaintiff Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann  LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrew J. Kelly | on behalf of Mediator Andrew J. Kelly akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Plaintiff Andrea Dobin jzapata@msbnj.com |
| Linda T. Snyder | on behalf of Creditor TD Bank  N.A. lsnyder@meyner.com |
| Peter Broege | on behalf of Debtor Lisa Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |
| Peter Broege | on behalf of Defendant James A. Frye pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com |
| Ross J. Switkes | on behalf of Trustee Andrea Dobin rswitkes@shermansilverstein.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13