| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re: Lisa Frye  Debtor |

Case No.: 17-27879(KCF)

Adversary No.: 

Chapter: 7

Judge: Kathryn C. Ferguson

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Lisa Frye
(Example: John Smith, creditor)

Old address: 2029 New Bedford Road
Wall, NJ 07719

New address: 2029 New Bedford Road
Wall, NJ 07762

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/20/2022

/s/ Peter J. Broege, Esq., Attorney for Debtor
Signature

*rev.8/1/2021*