UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Chapter: _____   \_\_

Hearing Date:

Judge:

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: July 21, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:

LISA FRYE

Debtor.

Case No. 17-27879 KCF

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this  21st  day of  July , 20 22, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,500.00 is reasonable compensation for the services in this case by Andrea Dobin, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.